FILED
IN THIS OFFICE

2017 APR 28 PM 12: 10

CLERK US DISTRICT COURT
GREENSBORO, N.C.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION

Hassie-Demond; Knowlin
    Plaintiff

CASE# 17CV381

V-

CREDIT MANAGEMENT

    Defendant(s)

## COMPLAINT

Plaintiff, Hassie-Demond;Knowlin, individually, hereby sues Defendant(s), CREDIT MANAGEMENT for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii).

## STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii).

2. Upon belief and information, Plaintiff contends that many of these practices are widespread for some or all of the Defendants. Plaintiff intends to propound discovery to Defendants identifying these other individuals who have suffered similar violations.

3. Plaintiff contends that the Collection Company Credit Management Defendant have violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged but nonexistent debt.

# COUNT I
## VIOLATIONS OF THE TELEPHONE
## COMMUNICATIONS ACT 47 U.S.C. §227

11. Plaintiff alleges and incorporates the information in paragraphs 1 through 10.

12. CREDIT MANAGEMENT has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by using an automatic telephone dialing system to call the Plaintiff's number, which is assigned to a cellular telephone service.

13. CREDIT MANAGEMENT has committed 200 separate violations of 47 U.S.C. §227(b) (1) (A) and Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b) (3) (B).

14. CREDIT MANAGEMENT has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b) (1) (A) the last 200 calls are subject to treble damages pursuant to 47 U.S.C. §227(b) (3) as they were intentional. Since then CREDIT MANAGEMENT refuses and continues to violate 47 U.S.C. An unintentional call carries a damage amount of $500; an intentional call carries a damage amount of $1,500 per violation.

15. CREDIT MANAGEMENT has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b) (1) (A) by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given CREDIT MANAGEMENT permission to call Plaintiffs cell phone. Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b) (3) (B). Plaintiff and CREDIT MANAGEMENT do not have an established business relationship within the meaning of 47 U.S.C. §227.

\\

\\

4. Jurisdiction of this Court arises under 47 U.S.C. §227(b) (3), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

5. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

6. This is an action for damages which exceed $200,000.00.

7. Plaintiff, Hassie-Demond; Knowlin, is a natural person and is a resident of the State of North Carolina.

8. Upon information and belief Defendant, CREDIT MANAGEMENT ("C M") is a foreign corporation, authorized to do business in NORTH CAROLINA.

9. From December 1 2016 thru April 24, 2017 CREDIT MANAGEMENT violated the TCPA by using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs cell phone.

10. From December 1 2016 thru April 27, 2017, CREDIT MANAGEMENT violated the TCPA by calling Plaintiff's cell phone more than 200 times with no prior permission given by Plaintiff.

\\
\\
\\
\\
\\

16. CREDIT MANAGEMENT has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by continuing to call Plaintiff multiple times after receiving the intent to sue letter and after hearing the recordings with total disregard and in violation of 47 U.S.C. §227.

**WHEREFORE,** Plaintiff demands judgment for damages against CREDIT MANAGEMENT, for actual or statutory damages, and punitive damages, fees and costs.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 28 of April, 2017

*[signature]*

Hassie-Demond; Knowlin
c/o 2020 ANTHONY COURT
GREENSBORO NC 27406
336 327 5716
HDKNOWLIN@HOTMAIL.COM

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\