Appointment Of Fiduciary Debtor

Hassie-Demond; Knowlin
c/o 701 S O.Henry Blvd
Greensboro, North Carolina [27401]

1
2
3
4

# IN THE DISTRICT COURT FOR THE UNITED STATES

# FOR THE NORTH CAROLINA MIDDLE DISTRICT

| | | |
|---|---|---|
| HASSIE-DEMOND; KNOWLIN | ) | **in Admiralty** |
| Plaintiff | ) | Case No. 1:17-CV-00381-CCE-LPA |
| | ) | |
| v. | ) | NOTICE OF |
| | ) | APPOINTMENT OF |
| | ) | FIDUCIARY DEBTOR |
| CREDIT MANAGEMENT,LLC | ) | |
| Defendant | ) | |
| | ) | |
| Hassie Demond Nowlin, agent, lawful man, | ) | |
| Creditor, injured third party intervenor | ) | |

## NOTICE OF APPOINTMENT OF FIDUCIARY DEBTOR

COMES NOW Hassie Demond Knowlin, a Real Party in Interest, who is neutral in the public, making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8), who is unschooled in law and notices the court of enunciation of principles as stated in *Haines v. Kerner,* 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any defenses.

Hassie-Demond; Knowlin

Page 1 of 3

## **Appointment of Fiduciary**

1

2

3    I, *Hassie Demond Knowlin©,* **"Third Party Interest Intervenor,"** having terminated

the previous fiduciary to the corporate entity (ens legis), a documented vessel under

4    United States registry, otherwise described as HASSIE DEMOND KNOWLIN©, a.k.a.

HASSIE D KNOWLIN© or any alphabetical or numerical variation thereof, a.k.a.

5    (Debtor), nunc pro tunc the first month, thirty day, nineteen hundred and seventy three

6    C.E., said entity having as it's trustee the Secretary of Transportation of the United States

7    pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no

living sentient being responsible to accept service of process or other documents, and

8    cannot appear in a court of the United States or act as a duly appointed transfer agent, and

9    cannot achieve parity with real people. Therefore I, *Hassie Demond Knowlin©,* "Third

Party Interest Intervenor," hereby nominate and do appoint **Caren Enloe, a/k/a CAREN**

10   **ENLOE FEDERAL DEFENDER No.17394** as being qualified to fulfill the position of

11   **"Fiduciary Debtor"** for the corporate entity described above in all-capital-letter-

assemblages, the same to be effective immediately as of the date set forth below, and

12   shall continue until further notice or reappointment, substitution or cancellation, within

13   the venue as ordained and established by the **People of the Territory of North**

14   **Carolina**, through their original Organic Constitution of **North Carolina state.**

15   Whereas, said fiduciary debtor's responsibilities are to exercise scrupulous good faith

16   and candor towards, and for the benefit and on behalf of *Hassie Demond Nowlin©,*

**"Third Party Interest Intervenor,"** the exclusive and limited purpose of accepting and

17   receiving all liabilities, accepting and receiving all service of process and other

18   documents, instruments, bonds or other important papers, to appear and discharge, settle

19   and close all matters material to above referred (Debtor) in all-capital-letter-assemblages,

the same shall be by order of *Hassie Demond Nowlin©,* **"Third Party Interest**

20   **Intervenor"** or other delegated or appointee of *Hassie Demond Nowlin©,* **"Third Party**

21   **Interest Intervenor,"** including assignments for or on behalf of the principal (Debtor),

**HASSIE DEMOND KNOWLIN©,** including any alphabetical or numerical variation

22   thereof as described above, and to do all other acts requisite to faithfully execute said

23   appointment, fully, faithfully, specially under this appointment.

24

25

26

27

28

Hassie-Demond; Knowlin

Appointment Of Fiduciary Debtor

**Fiduciary Debtor, Caren Enloe, a/k/a CAREN ENLOE, an attorney**, is hereby authorized to use the private exemption of *Hassie Demond Knowlin©*, i.e. HASSIE DEMOND KNOWLIN, 245254630, for the adjustment and set-off of this instant matter, Case No1:17-CV-00381-CCE-LPA , which is Accepted For Value, and Returned for Settlement. Fiduciary Debtor to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely. Hassie Demond Knowlin© reserves the right to audit all records and activities of Fiduciary Debtor to maintain good faith.

I, *Hassie Demond Knowlin©*, "Third Party Interest Intervenor" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without United States.

*Hassie-Demond Knowlin*

*Hassie Demond Knowlin©*, **Third Party Interest Intervenor,** Secured Party, Authorized Agent For:
HASSIE DEMOND KNOWLIN© (ens legis)
c/o 701 S O.Henry Blvd
Greensboro, North Carolina [27401]
(336) 327-5716



*11-9-17*
date

rt. th...

PROOF OF MAILING AND CONTENTS MAILED

I, Hassie-Demond; Knowlin, do affirm and say, that I am over the age of twenty-one years, competent with firsthand knowledge, and so say that on the *2-2-* day of *Sept* month, 2017, following normal business procedures, I mailed the above document to:

CAREN ENLOE No. 17394
c/o 4601 Six Forks Road, Suit 400
Raleigh, NC 27609

JOSH STEIN, NC ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
MAIL SERVICE CENTER 9001
RALEIGH, NC 27699

Hassie-Demond; Knowlin

Page 3 of 3