IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HASSIE-DEMOND; KNOWLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:17-CV-381 |
| | ) |
| CREDIT MANAGEMENT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Magistrate Judge has recommended that the defendant's oral motion to dismiss for failure to prosecute, made at the Initial Pretrial Conference after the plaintiff failed to respond to communications from defense counsel and failed to appear for the Conference, should be denied without prejudice. No objections were filed. The Court adopts this Recommendation and the oral motion to dismiss is **DENIED** without prejudice to a written motion. The plaintiff is advised and warned that failure to respond to any such written motion may result in dismissal without further notice. *See generally, Hillig v. Comm'r of Internal Revenue,* 916 F. 2d 171, 174 (4th Cir. 1990) (setting forth considerations relevant to determination of a motion to dismiss for failure to prosecute).

The plaintiff is reminded that it is his obligation to keep the Clerk and defense counsel informed of his current address and to promptly file any change of address.

**SO ORDERED**, this the 21st day of December, 2017.

UNITED STATES DISTRICT JUDGE